UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Cantrell L. Butler            :            Case #: 06-50366

                                                 :            Chapter 13

                                                 :            Judge Hoffman

**<u>NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS</u>**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: April 5, 2011                                  /s/ Frank M. Pees
                                                                             Frank M. Pees
                                                                             Chapter 13 Trustee

| <u>Name and Address</u> | <u>Amount</u> |
|---|---|
| 20th & Long Condo Association<br>115 N. 20th<br>Columbus, OH 43203 | $640.28 |